UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 07-14050-CIV-GRAHAM

DARYL UNDERWOOD,

    Plaintiff,

vs.

MARTIN COUNTY SHERIFF'S
OFFICE, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendants' Motion for Summary Judgment [D.E. 32] and Plaintiff's Motion to Continue the Stay [D.E. 37].

**THE MATTER** was referred to the United States Magistrate Judge Patrick A. White by Clerk's order [D.E. 2]. Relevant to the above-referenced motions are two Report and Recommendations issued by the Magistrate Judge [D.E.s 38 and 41]. The firs report by the Magistrate Judge [D.E. 38] recommends that Plaintiff's motion for an indefinite stay be denied and that the case be allowed to proceed for consideration of the claims and defenses as asserted by the respective parties. The second report [D.E. 41] recommends that Defendants' joint motion for summary judgment be granted, in part and denied, in part. There are no objections to the Magistrate Judge's report and recommendations and the time for

objections has expired.

**THE COURT** has considered the respective reports and has conducted an independent review of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 38] is **ADOPTED, AFFIRMED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Continue the Stay [D.E. 37] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 41] is **ADOPTED, AFFIRMED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [D.E. 32] is **GRANTED, in part, and DENIED, in part**, as set forth in the Report and Recommendation [D.E. 41].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Daryl Underwood, *Pro Se*
U.S. Magistrate Judge White
Counsel of Record